## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

ERNEST BERNARD GUNN, SR., *et al.*,      :

    Plaintiffs,      :

v.      :      CA 15-00200-C

CITY OF SELMA, *et al.*,      :

    Defendants.      :

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Defendants' motion for summary judgment (Doc. 19) is **GRANTED**. Thus, the Plaintiffs' claims under 42 U.S.C. § 1983 (Counts 8-14) set forth in the Complaint (Doc. 1-1 at 10-19) are **DISMISSED WITH PREJUDICE** and their state law claims (Counts 1-7) set forth in the Complaint (Doc. 1 at 3-7) are **REMANDED** to the Circuit Court of Dallas County, Alabama from whence they came. Further, as conceded by the Plaintiffs, their excessive force claim (Count 15), all claims against Defendant, Officer Toriano Neely, and all official capacity claims against Defendants, Detective Ray Blanks and former Chief of Police, William Riley, are **DISMISSED WITH PREJUDICE**.

**DONE** this the 22nd day of August 2016.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**